UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Cause No. 4:14-cv-00352-JTM ) |
| SONJA A. MURPHY, | ) ) |
| Defendants. | ) ) ) |

## CONSENT ORDER ALLOWING CERTAIN PAYMENTS TO LINCOLN FACTORING, LLC AND FOREST HILL & CALVARY CEMETERY

With the consent of Plaintiff Minnesota Life Insurance Company ("**Minnesota Life**") and Defendants Sonja Murphy and Flay Bledsoe, **IT IS HEREBY ORDERED:**

1. Minnesota Life's Consent Motion for Order Allowing Certain Payments to Lincoln Factoring, LLC and Forest Hill & Calvary Cemetery is hereby granted.

2. This case involves a dispute over what party or parties are entitled to receive the proceeds from two insurance policies issued by Minnesota Life: (1) approximately $107,520 under a group insurance policy issued on behalf of Deere and Company and subsidiaries under plan sponsor number 33994-G (the "**Basic Policy**"); and (2) approximately $10,000 under a group insurance policy issued on behalf of Deere and Company and subsidiaries under plan sponsor number 34054-G (the "**Optional Policy**," together with the Basic Policy, collectively, the "**Policies**").

3. Defendant Sonja Murphy is the insured's mother who is claiming entitlement to all the proceeds owed under the Policies.

4. Defendant Flay Bledsoe is the insured's father who is claiming entitlement to all the proceeds owed under the Policies.

5. On February 13, 2014, Sonja Murphy purported to assign $11,834.53 of the Basic Policy proceeds to Lawrence A. Jones & Sons who then purported to re-assign that amount to Defendant Lincoln Factoring, LLC ("**Lincoln Factoring**"). As a result, Lincoln Factoring claims it is entitled to $11,834.53 of the Basic Policy proceeds.

6. On February 17, 2014, Sonja Murphy purported to assign $5,485.00 of the Basic Policy proceeds to Forest Hill & Calvary Cemetery ("**Forest Hill & Calvary Cemetery**"). As a result, Forest Hill & Calvary Cemetery claims it is entitled to $5,485.00 of the Basic Policy proceeds.

7. To avoid the expense that would be involved in protracted litigation with Lincoln Factoring and Forest Hill & Calvary Cemetery over the payment of their daughter's funeral and burial expenses, Sonja Murphy and Flay Bledsoe have directed and authorized Minnesota Life to pay $11,834.53 out of the Basic Policy proceeds to Lincoln Factoring and $5,485 out of the Basic Policy proceeds to Forest Hill & Calvary Cemetery to satisfy the assignments executed by Sonja Murphy.

8. Sonja Murphy and Flay Bledsoe have further agreed that by directing and authorizing Minnesota Life to make these payments, Flay Bledsoe is not waiving any of his claims to the Policy proceeds and that these payments will be deducted from the portion of the Policy proceeds to which Sonja Murphy is entitled, if any.

9. Based on this agreement, Minnesota Life is hereby ordered, directed, and authorized to pay $11,834.53 out of the Basic Policy proceeds to Lincoln Factoring and $5,485 out of the Basic Policy proceeds to Forest Hill & Calvary Cemetery.

**IT IS SO ORDERD ON THIS 30th DAY OF MAY, 2014.**

                                            */s/ John T. Maughmer*
                                            **John T. Maughmer**
                                      **United States Magistrate Judge**