UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 14-00352-CV-W-JTM<br>) |
| SONJA A. MURPHY, *et al.*, | )<br>) |
| Defendants. | ) |

## ORDER FOR DISTRIBUTION OF INTERPLEADER FUNDS

In accordance with the *Stipulation For Settlement and Motion for Distribution of Interpleader Funds,* filed July 25, 2014 [Doc. 21], as well as the unopposed *Motion For Discharge and For Payment Of Attorney Fees and Costs,* filed July 1, 2014 by Minnesota Life, [Doc. 20],

**IT IS HEREBY ORDERED:**

1. Minnesota Life Insurance Company's *Motion For Discharge and For Payment Of Attorney Fees and Costs,* filed July 1, 2014 [Doc. 20] is **GRANTED**. Accordingly, the Clerk of the Court shall pay from the Policy Proceeds currently on deposit with the Court, the amount of **$7,212.00** to **"Minnesota Life Insurance Company,"** said sum representing its attorney fees and costs. The Clerk of the Court shall mail the payment to Armstrong Teasdale, LLP, Attn: Sara Finan Melly, 7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri, 63105.

2. The *Stipulation For Settlement and Motion for Distribution of Interpleader Funds,* filed July 25, 2014 [Doc. 21] is **GRANTED**. Pursuant to that stipulation, the Clerk of the Court shall distribute and divide the remaining interpleader funds from the Policy Proceeds (plus all accumulated interest) currently on deposit with the Court equally between the two remaining

defendants, Sonya Murphy and Flay Bledsoe, and shall make the respective checks payable to: "**Sonja Murphy and her attorney, Rhonda Mason**," and "**Flay Bledsoe and his attorneys, Watson & Dameron.**" The Clerk of the Court shall mail the payments to the parties' respective counsel as reflected on the Court docket sheet. Watson & Dameron's tax identification number is 43-1579760. Rhonda Mason's tax identification number is 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.

3. This action and all claims herein are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees, other than as reflected herein.

*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**